IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE ANN BENOIT, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| PENNSYLVANIA BOARD OF | : NO. 09-4047 |
| PROBATION AND PAROLE – | : |
| WEST DIVISION, | : |
| | : |
| Defendant. | : |

## ORDER

**AND NOW**, this 9th day of *February*, 2010, upon consideration of Defendant Pennsylvania Board of Probation and Parole - West Division's Motion to Dismiss Plaintiff's Complaint (Docket No. 5) and Plaintiff Julie Ann Benoit's Response (Docket No. 9), it is hereby **ORDERED** that the Motion is **GRANTED** and Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiff shall have twenty (20) days from the date of this Order within which to file an Amended Complaint that complies with the standards set forth in the accompanying Memorandum.

BY THE COURT:


 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.